**Fill in this information to identify the case:**

Debtor 1 — Betty G Wilson f/k/a Betty Guy, a/k/a Betty Hardin

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: Northern District of Mississippi

Case number   19-13347

/s/Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:   FirstBank

Court claim no. (if known):   5

Last 4 digits of any number you use to identify the debtor's account:   XXXXXX7681

Date of payment change:
Must be at least 21 days after the date of this notice   05/01/2021

New total payment:
Principal, interest, and escrow, if any   $910.38

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $237.96     New escrow payment:   $258.34

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____   New interest rate: _____

   Current principal and interest payment _____   New principal and interest payment: _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          Page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Betty G Wilson | Case Number (if known) | 19-13347 |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Bradley P. Jones                                     Date  3/25/2021
Signature

Print:    Joel W. Giddens, Kate Lachowsky-Khan, Heather Martin-Herron, & Bradley P. Jones          Title   Attorneys

Company    Wilson & Associates, PLLC

Address    232 Market Street
           Flowood, MS 39232

Contact phone    (601) 825-9508         Email    jgiddens | klachowsky | hmartin-herron | bpjones@thewilsonlawfirm.com

## CERTIFICATE OF SERVICE

On 3/25/2021, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Robert H. Lomenick, Jr.                              Locke D. Barkley
Attorney at Law                                      Trustee
P.O. Box 417                                         6360 I-55 North Suite 140
Holly Springs, MS 38635                              Jackson, MS 39211

and served via U.S. mail upon:

Betty G Wilson
Debtor(s)
9853 Pigeon Roost Park Cir
Olive Branch, MS 38654

                                                     /s/ Bradley P. Jones

                                                     Joel W. Giddens (105450)
                                                     Kathryn Lachowsky-Khan (105769)
                                                     Heather Martin-Herron (105772)
W&A No. 341949                                       Bradley P. Jones (9731)

**FirstBank** Mortgage
PO Box 77404
Ewing, NJ 08628

Member FDIC

BETTY HARDEN
9853 PIGEON ROOST PARK CIR
OLIVE BRANCH MS 38654-3208

02/24/21
LOAN NO:
www.myFBmortgage.com
Customer Service 855-753-6209

Page 1 of 2

> Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

Your present payment, 12/01/20 consists of: Principal & Interest (P & I)     $652.04
                                             Escrow Deposit                   $237.96
**Total Loan Payment**                                                        **$890.00**

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

Bills due in the upcoming year:   Hazard Ins     $1,148.75
                                  Mortgage Ins     $646.25
                                  County Tax     $1,163.07

**Annual Disbursements:**          $2,958.07     One-Twelfth/Monthly Amount: $246.50

### ACCOUNT HISTORY

This section is the actual activity that occurred between 02/20 through 04/20. It represents the period of time between the last analysis statement date and the last analysis effective date. Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| Month | Actual Escrow Payments | Actual Escrow Disbursements | Actual Escrow Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $123.34 |
| MAR 2020 | 234.25 | 0.00 |  | 357.59 |
| APR 2020 | 234.25 | 0.00 |  | 591.84 |

The following statement of activity in your escrow account from 05/20 through 04/21 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $890.00 and $237.96 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance | $1,311.63 | $591.84 |
| MAY 2020 | 236.54 | 234.25 * |  |  |  | 1,548.17 | 826.09 |
| JUN 2020 | 236.54 | 234.25 * |  |  |  | 1,784.71 | 1,060.34 |

*** CONTINUED ON REVERSE SIDE ***

### SHORTAGE

**FirstBank** Mortgage

Betty Harden
9853 Pigeon Roost Park Cir
Olive Branch MS 38654-3208

Loan Number:
Shortage Amount:     $142.10

If you choose to pay your escrow shortage of $142.10 in full, your new loan payment amount will be $898.54. Please include your loan number on your check and make it payable to "FirstBank" and send to:

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

WA

| Month | | | | | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|---|
| JUL 2020 | 236.54 | 234.25 * | | | 2,021.25 | 1,294.59 |
| AUG 2020 | 236.54 | 237.96 * | | | 2,257.79 | 1,532.55 |
| SEP 2020 | 236.54 | 237.96 * | | | 2,494.33 | 1,770.51 |
| OCT 2020 | 236.54 | 237.96 * | | | 2,730.87 | 2,008.47 |
| NOV 2020 | 236.54 | 237.96 * | 1,029.25 | 1,148.75 * HAZARD INS | 1,938.16 | 1,097.68 |
| NOV 2020 | | | | 609.02 * RHS ANNUAL F | 1,938.16 | 488.66 |
| DEC 2020 | 236.54 | 237.96 * | 646.25 | * RHS ANNUAL F | 1,528.45 | 726.62 |
| DEC 2020 | | | 1,163.07 | 1,163.07 R.E. TAX | 365.38 | -436.45 |
| JAN 2021 | 236.54 | 237.96 * | | | 601.92 | -198.49 |
| FEB 2021 | 236.54 | 951.84 E* | | E | 838.46 | 753.35 |
| MAR 2021 | 236.54 | 237.96 E* | | E | 1,075.00 | 991.31 |
| APR 2021 | 236.54 | 237.96 E* | | E | 1,311.54 | 1,229.27 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $2,838.57. Under Federal Law, your lowest monthly balance should not have exceeded $473.08, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $365.38.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 05/21 through 04/22 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,229.27 | $1,371.37 |
| MAY 2021 | 246.50 | | | 1,475.77 | 1,617.87 |
| JUN 2021 | 246.50 | | | 1,722.27 | 1,864.37 |
| JUL 2021 | 246.50 | | | 1,968.77 | 2,110.87 |
| AUG 2021 | 246.50 | | | 2,215.27 | 2,357.37 |
| SEP 2021 | 246.50 | | | 2,461.77 | 2,603.87 |
| OCT 2021 | 246.50 | | | 2,708.27 | 2,850.37 |
| NOV 2021 | 246.50 | 1,148.75 | HAZARD INS | 1,806.02 | 1,948.12 |
| DEC 2021 | 246.50 | 646.25 | RHS ANNUAL | 1,406.27 | 1,548.37 |
| DEC 2021 | | 1,163.07 | R.E. TAX | 243.20 | 385.30 |
| JAN 2022 | 246.50 | | | 489.70 | 631.80 |
| FEB 2022 | 246.50 | | | 736.20 | 878.30 |
| MAR 2022 | 246.50 | | | 982.70 | 1,124.80 |
| APR 2022 | 246.50 | | | 1,229.20 | 1,371.30 |

**Your Projected Escrow Account Balance as of 04/30/21 is $1,229.27. Your Required Beginning Escrow Balance according to this analysis should be $1,371.37.**
This means you have a Shortage of $142.10. Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.
Once during this period, your Required Escrow Account Balance should be reduced to $385.30 as shown in December. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## NEW LOAN PAYMENT

| Your new payment consists of: | Principal & Interest (P & I) | $652.04 |
|---|---|---|
| | Escrow Deposit | $246.50 |
| | Escrow Shortage Amount | $11.84 |
| **New Loan Payment** | **Beginning on May 1, 2021** | **$910.38** |

*** CONTINUED ON NEXT PAGE ***

WA

**Important Notes:**

**Automatic Draft Customers:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

**Insurance Renewal/Changing Insurance Companies:** Upload proof of insurance coverage at www.MyCoverageInfo.com using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 855-753-6209.




WA